# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                            )
**TWENTY-FIRST CENTURY FOX, INC.,**         )
                                            )
               *Petitioner,*  )
                                            )
      **v.**                        )
                                            )
**FEDERAL COMMUNICATIONS COMMISSION**       )   No. 16-1375
**and the UNITED STATES OF AMERICA,**       )
                                            )
               *Respondents.* )
                                            )
_____ )

## NOTIFICATION AND STATEMENT OF ISSUES TO BE RAISED

    Pursuant to the Court's Order of December 29, 2016, granting leave to intervene, intervenor National Association of Broadcasters hereby notifies the Court that it intends to participate in support of Petitioner in the above-captioned case and raise the following issues:

    1.  Whether the Federal Communications Commission's order is arbitrary, capricious and/or an abuse of discretion, including in its amendment of an ownership rule without considering whether the amended rule was in the public interest.

    2.  Whether the Commission's order is otherwise contrary to law, including the Communications Act of 1934.

Dated:  January 11, 2017

        Respectfully submitted,

        /s/ Rick Kaplan

        Rick Kaplan
        Jerianne Timmerman
        NATIONAL ASSOCIATION OF
        BROADCASTERS
        1771 N Street, NW
        Washington, DC  20036
        202-429-5430

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of January 2017, I caused a true and correct copy of the foregoing Notification and Statement of Issues to be Raised to be filed with the Clerk of the Court via the Court's CM/ECF filing system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_____
Rick Kaplan